ANTHONY ESPOSITO ET AL. *v.* PLANNING COMMISSION
OF THE TOWN OF WESTBROOK

The defendant's petition for certification for appeal from the Appellate Court, 6 Conn. App. 34, is granted.

*Bruce G. MacDermid,* in support of the petition.

Decided February 28, 1986

STATE OF CONNECTICUT *v.* RUBY COLEMAN

The defendant's petition for certification for appeal from the Appellate Court is granted, limited to the issue whether the denial of a motion to dismiss, grounded upon General Statutes § 54-193, is an appealable final judgment.

*Alan McWhirter* and *Raymond J. Quinn, Jr.,* in support of the petition.

Decided February 28, 1986

STATE OF CONNECTICUT *v.* JOSEPH EDWARDS

The defendant's petition for certification for appeal from the Appellate Court, 5 Conn. App. 586, is denied.

*Donald D. Dakers,* public defender, in support of the petition.

*Lois Tanzer,* special assistant state's attorney, in opposition.

Decided February 28, 1986